SUSAN S. MUCK (CSB No. 126930)
smuck@fenwick.com
JENNIFER C. BRETAN (CSB No. 233475)
jbretan@fenwick.com
ALEXIS I. CALOZA (CSB No. 278804)
acaloza@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

Attorneys for Defendants Fitbit, Inc.,
James Park, and William Zerella

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANANDA PATTI, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>FITBIT, INC., JAMES PARK, and WILLIAM ZERELLA,<br><br>        Defendants. | Case No. 3:18-cv-06922-JST<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES**<br><br>Judge:  Hon. Jon S. Tigar<br><br>Date Action Filed:  November 15, 2018 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

WHEREAS, this action is a proposed class action alleging violations of the federal securities laws against Fitbit, Inc. ("Fitbit" or the "Company"), James Park, and William Zerella (collectively, "Defendants");

WHEREAS, this action is subject to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u–4, Pub. L. No. 104-67, 109 Stat. 737 (1995) (the "Reform Act"), which sets forth specialized procedures for the administration of securities class actions;

WHEREAS, the Reform Act provides for the appointment of a lead plaintiff to act on behalf of the purported class, and further provides that the appointment of lead plaintiff shall not be made until after a decision on a motion to consolidate (if any) is rendered (15 U.S.C. § 78u-4(a)(3)(B)(ii));

WHEREAS, the approval of lead counsel will follow the Court's decision on the Lead Plaintiff Motion(s);

WHEREAS, thereafter, the parties expect the Court to set a schedule for the filing of an amended or consolidated complaint by Lead Plaintiff;

WHEREAS, Defendants anticipate filing motion(s) to dismiss in response to Lead Plaintiff's complaint and that the parties will submit a briefing schedule to the Court in connection with any such motion(s);

WHEREAS, because the special procedures specified in the Reform Act contemplate (i) the consolidation of similar actions, if any; (ii) appointment of Lead Plaintiff; and (iii) the filing of a single consolidated complaint by Lead Plaintiff, requiring defendants to respond to the existing complaint in the above-referenced action would result in the needless expenditure of private and judicial resources;

WHEREAS, pursuant to the Reform Act, unless otherwise ordered by the Court, discovery in this action is stayed during the pendency of any motion to dismiss (15 U.S.C. § 78u-4(b)(3)(B));

WHEREAS, on November 15, 2018, the Court issued an Initial Case Management Scheduling Order (Dkt. No. 5) in the above-captioned action, setting the following deadlines:

1.     January 23, 2019 for the parties to comply with certain requirements under the Federal Rules of Civil Procedure and the Northern District of California Civil Local Rules ("Local Rules" or "Civil L.R.") and Alternative Dispute Resolution ("ADR") Local Rules regarding initial disclosures, early settlement, ADR process selection, and discovery planning;

2.     February 6, 2019 for the parties to file a Rule 26(f) Report, complete initial disclosures or state objections in the Rule 26(f) Report, and file a Joint Case Management Statement; and

3.     February 13, 2019 at 2:00 p.m. for an Initial Case Management Conference;

WHEREAS, on January 3, 2019, this action was related to *Lopes v. Fitbit, Inc., et al.*, Case No. 3:18-cv-06665-JST and reassigned to Judge Jon S. Tigar (Dkt. Nos. 12, 13);

WHEREAS, on January 4, 2019, the Court issued a notice requiring the parties to file a Joint Case Management Statement by March 11, 2019 and resetting the Initial Case Management Conference for March 20, 2019 at 2:00 p.m. (Dkt. No. 14); and

WHEREAS, counsel for the parties in the above-captioned action respectfully submit that because the pleadings are not yet set, and because discovery is stayed pending any motion(s) to dismiss, good cause exists to vacate the existing March 20, 2019 Initial Case Management Conference and associated deadlines until after such time as the Court has the opportunity to rule on the appointment of Lead Plaintiff and its counsel, as well as any motion(s) to dismiss;

**IT IS ACCORDINGLY STIPULATED**, pursuant to Civil L.R. 7-12, by and between the undersigned counsel for the parties, that:

1.     Pursuant to Civil L.R. 6-1(a), the defendants' obligation to answer, move or otherwise respond to the complaint is extended until after the appointment of a Lead Plaintiff and lead counsel, at which time the parties shall meet and confer and submit to the Court a mutually agreeable schedule for the filing of a consolidated or amended complaint and Defendants' responses thereto;

2.     Pursuant to Civil L.R. 16-2, the Initial Case Management Conference scheduled

for March 20, 2019 is vacated, along with any associated deadlines under the Federal Rules of Civil Procedure and Civil Local Rules, to be reset for a date that is 30 days after the Court rules on Defendants' anticipated motion(s) to dismiss Lead Plaintiff's complaint, or such other date as the Court shall determine to be appropriate; and

3. All Associated ADR Program deadlines likewise be deferred.

Respectfully submitted,

Dated: January 9, 2019                  FENWICK & WEST LLP

By: /s/      *Alexis I. Caloza*
                    Alexis I. Caloza

555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875-2300
Facsimile: 415.281.1350
E-mail:     acaloza@fenwick.com

Attorneys for Defendants Fitbit, Inc., James Park, and William Zerella

Dated: January 9, 2019                  POMERANTZ LLP

By: /s/      *J. Alexander Hood II*
                    J. Alexander Hood II

600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  212.661.1100
Facsimile:  212.661.8665
E-mail:     ahood@pomlaw.com

Attorneys for Plaintiff Ananda Patti

Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: January 9, 2019                  FENWICK & WEST LLP

By: /s/      *Alexis I. Caloza*
                    Alexis I. Caloza

Attorneys for Defendants Fitbit, Inc., James Park, and William Zerella

\*\*\*

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____January 11, 2019_____          _____
                                              The Honorable Jon S. Tigar
                                              United States District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW